IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LORI MCLAUGHLIN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil Action No. 11-687

District Judge Mark Hornak
Magistrate Judge Lisa Pupo Lenihan

## MEMORANDUM OPINION

The above captioned case is an appeal by Lori McLaughlin (the "Plaintiff") seeking review of the determination by Michael J. Astrue, the Commissioner of Social Security (the "Defendant") denying the Plaintiff's application for supplemental security income ("SSI"), under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-1383f. The Plaintiff filed her Complaint in this Court on May 23, 2011, and the case was referred to Chief Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1) (the "Act"), and the Local Rules of Civil Procedure 72.C and 72.D (the "Local Rules"). Subsequently, the parties filed cross motions for summary judgment.

On December 22, 2011, the United States Magistrate Judge filed a Report and Recommendation [ECF No. 13] recommending that this Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the decision of the administrative law judge. Plaintiff was informed that, in accordance with § 636(b)(1)(B) and (C) of the Act and Rule 72.D.2 of the Local Rules, she had fourteen (14) days to file any objections to the Magistrate Judge's Report and Recommendation. No objections have been filed to date.

1

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the Court will enter the following:

AND NOW, this 7th day of March, 2012,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment [ECF No. 8] is DENIED and the Defendant's Motion for Summary Judgment [ECF No. 11] is GRANTED. IT IS FURTHER ORDERED that the Report and Recommendation [ECF No. 13], dated December 22, 2011, as supplemented by this Memorandum Opinion, is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

Mark R. Hornak
United States District Judge

cc: all ECF registered counsel and parties